IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MELCHOR RAMIREZ-CHAVEZ,<br><br>        Defendant. | 4:17CR3067<br><br>ORDER |

IT IS ORDERED:

1) The motion of Jessica Milburn to withdraw as counsel of record for Defendant, (Filing No. 17), is granted.

2) Defendant's newly retained counsel, Allison Heimes, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Allison Heimes from any future ECF notifications herein.

July 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge